# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANTHONY CHRISTOPOULOS, *ET AL.*, <br><br> Plaintiff, <br><br> v. <br><br> ORGANICA PATIENT GROUP, INC., *ET AL.* <br><br> Defendant. | Case No. EDCV 18-216 JGB (SPx) <br><br> **AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Plaintiffs Anthony Christopoulos and Butterware.com, LLC's Motion for Default Judgment against Defendants Organica Patient Group, Inc., Energy Clinic, LLC, Rudy Alarcon, Kristen Abelon, Mary Palma is GRANTED as to Counts One, Two, Three, and Six. Anthony Christopoulos is awarded $200,000 in damages and $115,528.77 in interest from Organica Patient Group, Inc. Plaintiffs Anthony Christopoulos and Butterware.com, LLC are awarded $300,000 in damages and $45,534.25 in interest from Organica Patient Group, Inc., Energy Clinic, LLC, Rudy Alarcon, Kristen Abelon, and Mary Palma, who shall be jointly and severally liable for this amount.

///
///
///
///
///

IT IS FURTHER ORDERED that Plaintiff mail or personally serve a copy of this judgment and the Order concurrently filed therewith to Defaulting Defendants. Plaintiff shall file Proof of Service with the Court within ten days of the date of the Order.

Dated: June 14, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge